# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY WAYNE WALTERS,
Petitioner,
vs.
BRIAN E. WILLIAMS, SR., WARDEN;
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
NEVADA DEPARTMENT OF
CORRECTIONS, OFFENDER
MANAGEMENT DIVISION; AND CASE
WORKER, UNIT (2),
Respondents.

No. 70124

FILED

MAY 09 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of extraordinary relief challenging the computation of time served. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the computation of time served must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(c); NRS 34.738(1); NRAP 22. Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

[2]We also deny petitioner's motion for attorney general opinion.

16-14404

cc:    Gary Wayne Walters
       Attorney General/Carson City